# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSHUA SORINA

NO. 2025 KW 0334

**JULY 14, 2025**

---

In Re:   Joshua Sorina, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 39,496.

---

**BEFORE:   HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT DENIED.** This application appears to be an application for postconviction relief filed in this court in the first instance. Because there is no indication the motion has been filed in the district court, this writ presents nothing for this court to review. Relator should first seek relief in the district court.

**CHH**
**BDE**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT